IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JP MORGAN CHASE BANK NATIONAL ASSOCIATION, *Successor by merger to Chase Home Finance LLC*, | ) ) ) ) | |
| Plaintiff, | ) | |
| vs. | ) ) | No. 3:13-CV-334-K |
| SHEILA COLLINS and GREGORY COLLINS *and all occupants*, | ) ) ) | |
| Defendants. | ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. Accordingly, this action will be *sua sponte* **REMANDED** to the Justice of the Peace court by separate judgment.

SO ORDERED

Signed February 26th, 2013.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE